**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re  **ANASTASIA NETREBOV** | : | **CHAPTER 13** |
| | : | |
| **Debtor(s)** | : | **BANKRUPTCY NO. 20-10784** |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Anastasia Netrebov, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by Lakeview Loan Servicing LLC on March 8, 2022.  Debtors believe they can become current on all post-petition payments due under the August 26, 2020 stipulation with the Lender.

Respectfully submitted,


/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com


Dated: March 11, 2022