*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Anastasia Netrebov
    Debtor(s)

Case No: 20–10784–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default by Creditor Lakeview Loan Servicing, LLC Filed by Anastasia Netrebov

on: 3/31/22

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  3/14/22

Timothy B. McGrath
Clerk of Court