**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ANASTASIA NETREBOV | : CHAPTER 13 |
| | | : |
| | **Debtor** | : BANKRUPTCY NO. 20-10784 |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK:

Kindly withdraw the above debtor's Objection to Certification of Default, docket number 68, filed by YOUNG, MARR & ASSOCIATES.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: May 31, 2022