**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN RE:  Anastasia Netrebov
        Maksim Netrebov

                        Debtor(s)                                   Chapter 13

_____

LAKEVIEW LOAN SERVICING, LLC
                        v.
Anastasia Netrebov                                                  NO. 20-10784 PMM
Maksim Netrebov
                        and
Scott F. Waterman
                        Trustee

## <u>ORDER</u>

        AND NOW, this  2nd  day of   June         , 2022 upon the filing of a Certification of Default by the
Moving Party in accordance with the Stipulation of the parties approved on August 26, 2020  it is ORDERED
AND DECREED that:

        The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the
Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is
modified to allow LAKEVIEW LOAN SERVICING, LLC and its successor in title to proceed with the execution
process through, among other remedies but not limited to Sheriff's Sale regarding the premises 93 Appaloosa Court
Bangor Borough, PA 18013.

        The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                        *Patricia M. Mayer*

                                        _____
                                        United States Bankruptcy Judge.


cc: See attached service list

Anastasia Netrebov
93 Appaloosa Court
Bangor Borough, PA 18013

Maksim Netrebov
93 Appaloosa Court
Bangor Borough, PA 18013

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532