United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-10784-pmm

Anastasia Netrebov Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Aug 11, 2022      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anastasia Netrebov, 93 Appaloosa Court, Bangor, PA 18013-9563 |
| 14650991 | + | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14471698 | + | Lakeview Loan Servicing LLC, c/o Ann E. Swartz,Esquire, McCabe, Wesberg & Conway, P.C., 123 South Broad Street, Suite 2080 Philadelphia, PA 19109-1031 |
| 14470981 | + | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14651346 | + | Lakeview Loan Servicing, LLC, c/o Rebecca Solarz, 701 Market St., Ste 5000, Philadelphia PA 19106-1541 |
| 14464420 | | Volvocarlse, Volvo Car Financial Services, Mobile, AL 36691 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 11 2022 23:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 11 2022 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14481258 | | Email/PDF: bncnotices@becket-lee.com | Aug 11 2022 23:56:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14464411 | + | Email/PDF: bncnotices@becket-lee.com | Aug 11 2022 23:56:12 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14464412 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 11 2022 23:52:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14494049 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 11 2022 23:52:00 | Cenlar, FSB, Attention: BK Department, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14464413 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2022 23:56:07 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14469098 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 11 2022 23:56:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14464414 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2022 23:56:07 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14464415 | + | Email/Text: clientservices@credit-control.com | Aug 11 2022 23:52:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628-6404 |
| 14464416 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2022 00:07:41 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14466799 | | Email/Text: mrdiscen@discover.com | Aug 11 2022 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14464417 | + | Email/Text: mrdiscen@discover.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Aug 11 2022 23:52:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14549523 | Email/Text: cashiering-administrationservices@flagstar.com | Aug 11 2022 23:52:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14474599 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2022 23:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14648382 + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 11 2022 23:52:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14616537 | Email/Text: SERVICINGMAILHUB@flagstar.com | Aug 11 2022 23:52:00 | Lakeview Loan Servicing, LLC, c/o/ Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14596411 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2022 23:56:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14483036 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2022 23:56:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14464418 + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:17 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14490581 + | Email/Text: bankruptcy@wofco.com | Aug 11 2022 23:52:00 | Volvo Car Financial Services, PO Box 91300, Mobile, AL 36691-1300 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14616539 | * | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14464419 | ##+ | Volvo Car Financial Sv, 1 Volvo Dr, Rockleigh, NJ 07647-2507 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARISA MYERS COHEN | on behalf of Creditor FLAGSTAR BANK  FSB ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| PAUL H. YOUNG | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 27 |

on behalf of Debtor Anastasia Netrebov support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com

REBECCA ANN SOLARZ
   on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Anastasia Netrebov

Chapter 13

Bankruptcy No. 20-10784-PMM

Debtor

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 11, 2022**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE