Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 20-10784-PMM**

Anastasia Netrebov  
93 Appaloosa Court  
Bangor  PA    18013

Petition Filed Date: 02/06/2020  
341 Hearing Date: 04/14/2020  
Confirmation Date: 03/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $1,308.00 | | 05/24/2021 | $1,308.00 | | 06/28/2021 | $1,308.00 | |
| 07/26/2021 | $1,308.00 | | 12/09/2021 | $1.00 | | 12/09/2021 | $4,820.00 | |
| 12/28/2021 | $1,308.00 | | 01/25/2022 | $1,308.00 | | 02/25/2022 | $1,308.00 | |
| 03/25/2022 | $1,308.00 | | | | | | | |

**Total Receipts for the Period: $15,285.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $28,257.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Anastasia Netrebov | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $5,034.21 | $0.00 | $5,034.21 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 2 | DISCOVER BANK »» 001 | Unsecured Creditors | $4,967.00 | $0.00 | $4,967.00 |
| 3 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $2,300.07 | $0.00 | $2,300.07 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC »» 003 | Unsecured Creditors | $872.43 | $0.00 | $872.43 |
| 5 | AMERICAN EXPRESS NATIONAL BANK »» 004 | Unsecured Creditors | $4,877.96 | $0.00 | $4,877.96 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $1,088.42 | $0.00 | $1,088.42 |
| 7 | VOLVO CAR FINANCIAL SERVICES US LLC »» 007 | Unsecured Creditors | $882.73 | $0.00 | $882.73 |
| 8 | COMMUNITY LOAN SERVICING LLC »» 08A | Mortgage Arrears | $55,250.93 | $20,037.28 | $35,213.65 |
| 9 | COMMUNITY LOAN SERVICING LLC »» 08B | Mortgage Arrears | $8,599.45 | $3,118.68 | $5,480.77 |

**Chapter 13 Case No. 20-10784-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,257.00 | Current Monthly Payment: | $1,308.00 |
| Paid to Claims: | $25,905.96 | Arrearages: | $5,231.00 |
| Paid to Trustee: | $2,351.04 | Total Plan Base: | $74,036.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.